AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Tamara Moland<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:26-mj-00757-NJK<br><br>Charging District: Eastern District of Washington<br>Charging District's Case No. 4:26-cr-06024-MKD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Richland U.S. Courthouse & Federal Building<br>825 Jadwin Avenue<br>Richland, WA 99352 | Courtroom No.: AS ORDERED |
| | Date and Time: October 22, 2026, at 11:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: October 2, 2026

*Judge's signature*

Nancy J. Koppe, United States Magistrate Judge

*Printed name and title*

_X_ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 02, 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY